USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RXONE LLC F/K/A COEORX AND REMEDYONE CONSULTING, LLC D/B/A NAVION F/K/A ALIGNRX,

Plaintiffs,

- against -

LEVRX TECHNOLOGY, INC.,

Defendant.

**26 Civ. 4225 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties are hereby directed to submit a joint letter within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 24 August 2026
New York, New York

Victor Marrero
U.S.D.J.