USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 10/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

RxONE LLC f/k/a COEORx and REMEDYONE CONSULTING, LLC d/b/a NAVION f/k/a ALIGNRx,

Plaintiffs,

v.

LEVRX TECHNOLOGY, INC.,

Defendant.

----------------------------------------------------------X

Civil Action No.: 1:26-cv-04225 (VM)

**STIPULATION REGARDING SUBJECT-MATTER JURISDICTION AND ORDER OF DISMISSAL**

Plaintiffs RxOne LLC f/k/a CoeoRx and RemedyOne Consulting, LLC d/b/a Navion f/k/a AlignRx (collectively, "Plaintiffs"), and Defendant Levrx Technology, Inc. ("Defendant"), hereby stipulate and agree as follows:

1. The above-captioned action was originally filed by Plaintiffs in the United States District Court for the Southern District of New York on May 20, 2026, under Case No. 1:26-cv-04225 (VM).

2. Plaintiffs filed the above-captioned action in this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

3. Plaintiffs represent that complete diversity of citizenship did not exist when this action was commenced, as reflected in Plaintiffs' Revised Rule 7.1 Statement (Dkt. No. 15). Defendant does not contest Plaintiffs' representation concerning their citizenship.

4. Pursuant to Federal Rule of Civil Procedure 12(h)(3), if the Court determines at any time that it lacks subject-matter jurisdiction, the Court must dismiss the action.

5. Accordingly, Plaintiffs request that this action, including Defendant's counterclaims, be dismissed without prejudice for lack of subject-matter jurisdiction. Defendant does not oppose that request.

6. Each party shall bear its own attorneys' fees and costs incurred in connection with the dismissal of this action.

Dated: New York, New York
October 26, 2026

Respectfully submitted,

By: */s/ Stacey M. Ashby*
Mitchell Schuster, Esq.
Stacey M. Ashby, Esq.
Meister Seelig & Schuster PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@mss-pllc.com
sma@mss-pllc.com

***Attorneys for Plaintiffs***

By: */s/ Joseph B. Schmit*
Joseph B. Schmit, Esq.
Phillips Lytle LLP
810 Seventh Avenue, 18th Floor
New York, New York 10019
Tel: (212) 759-4888
JSchmit@phillipslytle.com

***Attorneys for Defendant***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

RxONE LLC f/k/a COEORx and
REMEDYONE CONSULTING, LLC d/b/a
NAVION f/k/a ALIGNRx,

Plaintiffs,

v.

LEVRX TECHNOLOGY, INC.,

Defendant.

----------------------------------------------------------X

Civil Action No.:
1:26-cv-04225 (VM)

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' Stipulation and Plaintiffs' Revised Rule 7.1 Statement, and having determined that the Court lacks subject-matter jurisdiction over this action under 28 U.S.C. § 1332,

**IT IS HEREBY ORDERED** that this action, including Defendant's counterclaims, is dismissed without prejudice for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: October 30, 2026

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY THAT on October 26, 2026, a copy of the foregoing was sent via electronic mail, to:

Joseph B. Schmit, Esq.
Phillips Lytle LLP
810 Seventh Avenue, 18th Floor
New York, New York 10019
Tel: (212) 759-4888
JSchmit@phillipslytle.com
*Attorneys for Defendant*

*/s/ Stacey M. Ashby*
Stacey M. Ashby